IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YI CHEN,                                    §
                                            §
            *Petitioner*,                   §
                                            §
V.                                          §         CIVIL CASE NO. SA-26-CV-01394-FB
                                            §
PAMELA JO BONDI, United States              §
General; *et al.*,                          §
                                            §
            *Respondents.*                  §

## ORDER OF DISMISSAL AND JUDGMENT

Before the Court is the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), filed by Petitioner Yi Chen ("Petition").  On March 13, 2026, Petitioner filed Notice of Dismissal (ECF No. 7), informing the Court that Petitioner has been released from custody and therefore his Petition is moot.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241  (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, and the **Order for Omnibus Advisory** (ECF No. 10) are Dismissed as Moot and this case is now CLOSED.

It is so ORDERED.

SIGNED this 10th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE